# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**MOTHER DOE,**
        **Plaintiff,**

v.                                            Case No. 5:23-cv-193-JA-PRL

**GRINDR, LLC and GRINDR HOLDINGS LLC,**
        **Defendants.**

## ORDER

The Court issued an Order Requiring Electronic Filing, (Doc. No. 26, filed 6/30/23, that directed the parties who were not already signed up for CM/ECF to register with the Court for a password, take the tutorials offered on the Court's website and begin using CM/ECF within fourteen (14) days. Terrance M. White failed to respond to or comply with the Court's order.

**IT IS THEREFORE ORDERED** that Terrance M. White is directed to file a written response within **fourteen** days from the date of this Order why sanctions should not be imposed for his failure to comply to the Order issued by the Court.

**DONE and ORDERED** on July 20, 2023.

JOHN ANTOON II
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties