# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

MOTHER DOE,
        Plaintiff,

VS.                                CASE NO. 5:23-CV-193-JA-PRL

GRINDR, LLC and GRINDR
HOLDINGS LLC,
        Defendants.

## ORDER

Upon the Court's own initiative, based upon the review of the file in this case, the undersigned Judge determines that the Order to Show Cause (Doc. No. 32, filed July 21, 2023) was entered in error. Terrance M. White appointed as mediator in this action is in compliance with the requirements of this Court.

Therefore, it is **ORDERED** and **ADJUDGED** that the Court's Order to Show Cause (Doc. No. 32) is **STRICKEN**.

**DONE** and **ORDERED** on July 27, 2023.

                                                JOHN ANTOON II
                                                United States District Judge

Copies furnished to:
United States Attorney
Counsel for Defendants
Mediator, Terrance M. White