**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

MOTHER DOE, on behalf of
JOHN DOE,

    Plaintiff,

v.                                            Case No. 5:23-cv-193-JA-PRL

GRINDR, LLC and GRINDR
HOLDINGS, LLC,

    Defendants.
_____

## ORDER

Upon consideration of Plaintiff's motion for approval of a minor settlement, (Doc. 54), the motion is **denied** without prejudice for a failure to comply with Middle District of Florida Local Rule 3.01(g).

**DONE** and **ORDERED** on April 30, 2025.

                                                  JOHN ANTOON II
                                                United States District Judge

Copies furnished to:
Counsel of Record